# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3050
LT Case No. 2023-30748-CJCI

_____

LAURA LEVROS ,

    Appellant,

    v.

LATOYA ROLLE, TIFFANY
NERVILL, and THOMAS LEVROS,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Laura Levros, Miramar, pro se.

Tamarah Lee Wellons, of Lee Legal, Miami Gardens, for
Appellee, LaToya Rolle.

No Appearance for Appellee, Tiffany Nervill.

No Appearance for Appellee, Thomas Levros.

                    June 18, 20204

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____